UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HASSON WILSON,

                          Plaintiff,

   -v-                                      9:19-CV-1294
                                            (DNH/ATB)

JENNI CABRERA, Corrections Sergeant,
*formerly known as* Caberra, and J. SPINK,
Corrections Officer,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

HASSON WILSON
Plaintiff pro se
*Last known address*
18-A-1132
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

HON. LETITIA JAMES                    KONSTANDINOS D. LERIS, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Hasson Wilson brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  On July 15, 2020, the Honorable Andrew T. Baxter, United States Magistrate Judge,

advised by Report-Recommendation that defendants' unopposed motion for summary

judgment based on failure to exhaust be granted and the amended complaint be dismissed in its entirety with prejudice. No objections to the Report- Recommendation were filed. The Report-Recommendation was mailed to plaintiff's last known address on file, and it was returned as undeliverable, with the envelope marked "Return to Sender - No Longer Here Paroled/Released." ECF No. 19.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. *See* 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED and the amended complaint is DISMISSED in its entirety; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 12, 2020
       Utica, New York.